THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ANN L. MALEY
Special Assistant United States Attorney
California Bar No. 176877

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8974
Facsimile: (415) 744-0134
E-Mail: Ann.Maley@ssa.gov

Attorneys for Defendant,
Commissioner of Social Security

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| JEROME WILLIAMSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social Security, )<br>)<br>Defendant. )<br>_____ ) | **No. CV-07-01531 PJW**<br><br>**JUDGMENT OF REMAND**<br><br>**Court:  Hon. Patrick J. Walsh**<br>**U.S. Magistrate Judge** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand.

DATE: 9/17/08

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE